1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    ADEN HUSSEN HASSAN,

9                            Petitioner,

10         v.

11    PAMELA BONDI ET AL.,

12                            Respondents.

13

Case No. C25-2444-KKE-SKV

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

14         This is a 28 U.S.C. § 2241 immigration habeas action.  Petitioner has applied to proceed

15    *in forma pauperis*.  The application demonstrates that Petitioner is unable to afford the $5.00

16    filing fee.  Accordingly, Petitioner's *in forma pauperis* application (Dkt. 1) is GRANTED.  The

17    Clerk is directed to file Petitioner's habeas petition without the prepayment of fees and to send a

18    copy of this Order to Petitioner.

19         Dated this 5th day of December, 2025.

20

21    _____
      S. KATE VAUGHAN
22    United States Magistrate Judge

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1