UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN,<br><br>　　　　　Petitioner(s),<br><br>　v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　Respondent(s). | CASE NO. C25-2444-KKE<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXPEDITED BRIEFING SCHEDULE |

The Court has considered Petitioner's motion proposing a briefing schedule on Petitioner's habeas petition (Dkt. No. 1) and requesting withdrawal of the case referral to a magistrate judge. Dkt. No. 6 at 1. Respondents do not oppose this aspect of the motion. *Id.* Petitioner further requests that Respondents will not remove Petitioner from the United States or transfer him to another facility during the pendency of this habeas proceeding without at least 48 hours' notice of the removal or transfer. *Id.* at 2. Respondents take no position on the latter request. *Id.*

The Court GRANTS Petitioner's motion. It is ORDERED that:

(1)　The Clerk is directed to effectuate immediate service, if service has not already been accomplished, of the habeas petition filed in this case upon Respondents by emailing a copy of the habeas petition and this order to usawaw.habeas@usdoj.gov.

(2)　No later than **December 19, 2025**, Respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part

ORDER GRANTING PETITIONER'S MOTION FOR AN EXPEDITED BRIEFING SCHEDULE - 1

of such return, Respondents shall address and submit evidence relevant to Petitioner's allegation that his detention is unlawful. Respondents may file any arguments that seek to dismiss the petition along with the return but shall not separately note a motion to dismiss under Local Rules W.D. Wash. LCR 7(d).

(3)     The Clerk shall note the return for consideration no earlier than December 24, 2025. Petitioner may file a traverse and response no later than **December 24, 2025**. Respondents shall not file a reply brief unless requested by the Court.

(4)     The referral to Magistrate Judge S. Kate Vaughan is terminated.

(5)     Unless otherwise ordered by this Court, Petitioner shall not be moved outside of the Western District of Washington without first providing advance notice of the intended move. Such notice must be filed in writing and on the docket in this proceeding and must state the reason that the Respondents believe that such a move is necessary and should not be stayed pending further court proceedings. Once that notice has been filed on the docket, Petitioner shall not be moved out of the District for a period of at least 48 hours from the time of the docketing. If the 48-hour period would expire on a weekend or legal holiday, the period continues to run until the same time on the next day that is not a weekend or legal holiday. Fed. R. Civ. P. 6(a)(2)(C). This period may be shortened or extended as appropriate by further Court order.

(6)     If Respondents have already moved Petitioner outside of this District, Respondents are ordered to notify the Court within 24 hours of being served with this Order. Such notice must be filed in writing and on the docket in this proceeding. In addition, Respondents are further ordered to state in any such notice the exact date and time that Petitioner left the Western District of Washington and the reason why Respondents believed that such a move was immediately necessary.

ORDER GRANTING PETITIONER'S MOTION FOR AN EXPEDITED BRIEFING SCHEDULE - 2

(7) To expedite Respondents' ability to file a Response to the Petition, Petitioner is directed to share his "Alien Registration Number" (if known) with Respondents within 24 hours of the filing of this Order.

Dated this 5th day of December, 2025.

Kymberly K. Evanson
United States District Judge