District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN, | Case No. 2:25-cv-02444-KKE |
| Petitioner, | STIPULATED MOTION AND TRO BRIEFING SCHEDULE |
| v. | |
| PAMELA BONDI, *et al.*,[1] | Noted for Consideration: December 13, 2025 |
| Respondents. | |

Pursuant to this Court's Order (Dkt. No. 14), Petitioner and Federal Respondents submit this proposed briefing schedule.  Petitioner filed a habeas petition on December 2, 2025, and a motion for a temporary restraining order ("TRO") on December 12, 2025.  Dkt. Nos. 2 & 13. Petitioner is a civil detainee at the Northwest ICE Processing Center in Tacoma, Washington. The TRO motion asks this Court to enjoin Petitioner's removal and allow him to be released immediately and returned to his prior Order of Supervision ("OSUP").  TRO Mot. at 10.  Petitioner also seeks an order to not be re-detained unless he violates a condition of his OSUP or when Federal Respondents obtain a travel document for Petitioner and Petitioner is given an opportunity

---

[1] Respondent Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

STIPULATED MOTION AND TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-02444-KKE] - 1

1   to leave on his own within three months after making arrangements for medical care and safe

2   travel. *Id.* at 10-11.

3      The parties have conferred and have agreed to and propose the following response

4   schedule to allow for both a response to the TRO motion and a reply:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | December 18, 2025 |
| Petitioner's reply in support of the TRO Motion | December 19, 2025 |

9

10      Accordingly, the parties request that the Court enter the proposed TRO motion briefing

11   schedule.

STIPULATED MOTION AND TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-02444-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 13th day of December, 2025

2

Respectfully submitted,

3

CHARLES NEIL FLOYD

4   United States Attorney

5   *s/ Jennifer Wong*                              *s/ Elizabeth Sher*
    JENNIFER WONG, CA No. 341634                 ELIZABETH SHER, WSBA No.
6                                                Federal Public Defender's Office
    *s/ Alixandria K. Morris*                    1331 Broadway, Suite 400
7   ALIXANDRIA K. MORRIS, TX No.                 Tacoma Washington 98402
    24095373                                     Phone: 253-281-3437
8   Assistant United States Attorneys            Email: elizabeth_sher@fd.org
    United States Attorney's Office
9   Western District of Washington               *Attorney for Petitioner*
    700 Stewart Street, Suite 5220
10  Seattle, Washington 98101-1271
    Phone:  206-553-7970
11  Fax:     206-553-4073
    Email:   jennifer.wong@usdoj.gov
12  Email:   alixandria.morris@usdoj.gov

13  *Attorneys for Federal Respondents*

14  I certify that this memorandum contains 205
    words, in compliance with the Local Civil Rules.

15

16

17

18

19

20

21

22

23

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.  The parties shall

submit briefing concerning the TRO motion pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | December 18, 2025 |
| Petitioner's reply in support of the TRO Motion | December 19, 2025 |

DATED this 15th day of December, 2025

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-02444-KKE] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970