UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN,<br><br>　　　　　　　Petitioner(s),<br><br>　v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　　　Respondent(s). | CASE NO. C25-2444-KKE<br><br>ORDER EXTENDING PROVISIONAL RELIEF |

This matter comes before the Court *sua sponte*. On December 12, 2025, Petitioner Aden Hussen Hassan filed a motion for a temporary restraining order ("TRO"), seeking his release from detention and related relief after Immigration and Customs Enforcement ("ICE") notified him that he would be imminently removed to Somalia. Dkt. No. 13. Later that day, the Court provisionally granted the TRO motion in part. Dkt. No. 16. To preserve the status quo and the Court's jurisdiction to review the merits of the TRO motion and underlying habeas petition, the Court enjoined Respondents from removing or transferring Hassan out of this District for fourteen days. *Id.* at 3–4. On December 17, Federal Respondents filed a combined return to the habeas petition and opposition to the TRO motion (Dkt. No. 17), as well as three declarations, including a declaration by Dr. Eddie Wang providing additional information about Hassan's medical situation and ability to safely travel (Dkt. No. 19). Respondents state that "[a]s soon as the Order provisionally granting the TRO is lifted by this Court, Petitioner will be removed on the next

ORDER EXTENDING PROVISIONAL RELIEF - 1

available flight to Somalia, where flights occur regularly." Dkt. No. 17 at 2. Hassan filed a reply in support of his TRO motion on December 19 (Dkt. No. 21), but has not yet filed his traverse to the habeas petition.

On December 19, 2025, Chief Judge David G. Estudillo issued General Order 11-25, closing the Court on December 24, 2025—the day Hassan's traverse was due—and December 26, 2025. *See* W.D. Wash. Gen. Ord. 11-25. Thus, under Federal Rule of Civil Procedure 6(a)(3), Hassan's traverse is now due December 29, 2025—after the provisional TRO barring Hassan's removal will have already expired. Dkt. No. 14 at 4. The Court will then close three days later for the New Year' holiday, reopening on Monday, January 5, 2025. *See* W.D. Wash. Gen. Ord. 09-25.

Accordingly, to permit Hassan to file a traverse by the new deadline before being removed and to allow adequate time for the Court to review the merits of the TRO motion and habeas petition in light of the upcoming Court closures, the Court finds good cause to extend the provisional TRO an additional fourteen days, or until **January 9, 2026**. *See* Fed. R. Civ. P. 65(b)(2).

Thus, the Court ORDERS that:

(1) the Order Granting in Part Temporary Relief (Dkt. No. 14) is EXTENDED until January 9, 2026.

(2) Respondents ARE PROHIBITED from removing Petitioner from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(3) This order expires January 9, 2026, unless extended by this Court.

ORDER EXTENDING PROVISIONAL RELIEF - 2

1 | Dated this 23rd day of December, 2025.

Kymberly K. Evanson
United States District Judge