THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN,<br><br>　　Petitioner,<br><br>　　vs.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>　　Respondents. | No. CV25-2444-KKE<br><br>ORDER EXTENDING TRAVERSE AND RESPONSE DEADLINE AND PROVISIONAL RELIEF |

This matter comes before the Court on Petitioner Aden Hussen Hassan's unopposed motion to extend the traverse and response deadline until January 9, 2026. Dkt. No. 23. On December 23, 2025, the Court extended provisional relief temporarily prohibiting Hassan's removal or transfer. Dkt. No. 22. That order will expire on January 9, 2026. *Id.* The Government does not oppose Petitioner's requested extension.

Accordingly, IT IS ORDERED that:

(1) Petitioner's traverse and response to Respondents' return memorandum is due January 9, 2026. The clerk is directed to RE-NOTE the petition for January 9, 2026.

(2) Additionally, to give the Court sufficient time to review the traverse and rule on the petition before the expiration of the provisional relief, the Order Granting in Part Temporary Relief (Dkt. No. 14) is further EXTENDED until January 16, 2026.

(3) Respondents ARE PROHIBITED from removing Petitioner from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(4) This order expires January 16, 2026, unless extended by this Court.

DATED this 30th day of December 2025.

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING TRAVERSE AND RESPONSE
DEADLINE AND PROVISIONAL RELIEF - 2