THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>　　　　Respondents. | No. C25-2444-KKE<br><br>ORDER DENYING MOTION TO AMEND WITHOUT PREJUDICE |

This matter comes before the Court on Petitioner Aden Hussen Hassan's motion to amend his § 2241 petition or, in the alternative, to extend the reply deadline. Dkt. No. 25. Hassan's motion does not comply with this District's Local Civil Rule 15(a), which requires a party moving for leave to file an amended pleading to file a "proposed amended pleading as an exhibit to the motion" and to indicate on the proposed amended pleading "how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added." Local Rules W.D. Wash. LCR 15(a); *see Calderon v. United States Dist. Ct.*, 134 F.3d 981, 986 n.6 (9th Cir. 1998) (holding that parallel federal rule of Civil Procedure 15(a) "applies to habeas corpus actions with the same force that it applies to garden-variety civil cases." (citing 28 U.S.C. § 2242)). Hassan's motion includes a proposed amended habeas petition but does not include the required redline showing changes from the original petition.

Accordingly, Hassan's motion to amend his petition is DENIED without prejudice to refiling the motion with a proposed amended petition that complies with Local Civil

Rule 15(a). Any refiled motion for leave to file an amended pleading should be noted for consideration in accordance with Local Civil Rule 7(d).

DATED this 13th day of January 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge