THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN,<br><br>    Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>    Respondents. | No. CV25-2444-KKE<br><br>ORDER EXTENDING PROVISIONAL RELIEF |

This matter comes before the Court on its own motion. To preserve the Court's jurisdiction pending resolution of Petitioner Aden Hussen Hassan's habeas corpus petition and motion for temporary restraining order ("TRO"), the Court previously enjoined Respondents from removing or transferring Hassan out of this District for fourteen days. Dkt. No. 14. The Court subsequently extended this provisional relief twice: first, due to Court closures that affected the deadline for Hassan's traverse; and second, to accommodate Hassan's unopposed motion to extend his traverse deadline. Dkt. Nos. 22, 24

On January 13, 2026, Hassan filed a motion to amend his habeas corpus petition or, in the alternative, extend the deadline to file his traverse. Dkt. No. 28. Hassan's motion seeks to add a new claim to his petition alleging that Hassan's removal to a

country in which he will likely be unable to receive life-preserving dialysis treatment constitutes punitive removal in violation of the Fifth and Eight Amendments. Dkt. No. 28-1 at 32–33. That motion, which Respondents oppose, is noted for February 3, 2026.

To permit adequate time for briefing on Hassan's motion to amend and for the Court to resolve the motion, the Court finds good cause to further extend the temporary relief barring Hassan's removal. Hassan's proposed amended petition raises substantial questions about the legality of removing him to a country where he alleges he will face imminent death due to the absence of medical treatment for his advanced kidney failure. The balance of hardships also tips sharply in Hassan's favor and he faces irreparable harm given the dire consequences he alleges will occur if he is unable to access dialysis. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

Accordingly, IT IS ORDERED that:

(1) The Order Granting in Part Temporary Relief (Dkt. No. 14) is further EXTENDED until February 10, 2026.

(2) Respondents ARE PROHIBITED from removing Petitioner from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(3) This order expires February 10, 2026, unless extended by this Court.

DATED this 14th day of January 2026.

Kymberly K. Evanson
United States District Judge