UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN, | CASE NO. C25-2444-KKE |
| Petitioner(s), | ORDER DIRECTING PETITIONER TO SERVE DISCOVERY AND DIRECTING PARTIES TO MEET AND CONFER REGARDING A MOTION TO COMPEL |
| v. | |
| PAMELA BONDI, et al., | |
| Respondent(s). | |

This matter comes before the Court on the parties' joint status report, filed February 17, 2026. Dkt. No. 39. While the parties have seemingly reached an agreement regarding the production of Petitioner's medical records, they have not reached an agreement concerning Petitioner's request for records relating to his travel arrangements to Somalia and communications between Immigration and Customs Enforcement ("ICE") and the government of Somalia concerning Petitioner's travel document. *Id.* Petitioner states that the Federal Respondents have refused to provide these requested records. *Id.* at 2. Federal Respondents state that they offered to submit a supplemental declaration (apparently in lieu of providing the requested records) with information about the status of Petitioner's travel document. *Id.* at 3.

The Court previously held that good cause supports Petitioner's request for discovery and exercised its discretion to permit discovery in this case. Dkt. No. 37. In particular, the court found that "Petitioner's claims and allegations raise serious concerns about whether his medical

condition—end-stage renal disease—would permit Petitioner to safely fly to Somalia; whether Somalia would accept him upon arrival; and, if it would not, whether Petitioner could safely make the return flight to the United States." *Id.* at 2. Records concerning Petitioner's travel arrangements and communications with Somalia are potentially relevant to these issues. However, the Court will not rule on the discovery dispute without the context of a formal discovery request and briefing on a motion to compel.

Accordingly, Petitioner is DIRECTED to serve his discovery request on the Federal Respondents by February 23, 2026. No later than February 25, 2026, the parties shall meet and confer regarding the request and shall file a joint status report indicating either (A) that the parties are working toward a resolution of the discovery dispute and the date by which they anticipate exchanging the requested records or (B) that Petitioner will file a motion to compel discovery and the date by which Petitioner proposes doing so. In the event Petitioner anticipates filing a motion to compel, the parties are encouraged to make use of the expedited joint motion procedure set forth in Local Civil Rule 37(a)(2). The parties may, however, opt to instead brief and note the motion in the manner prescribed in Local Civil Rule 7(d)(3).

The Court will defer entering a briefing schedule on Petitioner's amended habeas petition (Dkt. No. 35) and will hold the petition in abeyance until resolution of the parties' discovery dispute.

Dated this 18th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING PETITIONER TO SERVE DISCOVERY AND DIRECTING PARTIES TO MEET AND CONFER REGARDING A MOTION TO COMPEL - 2