UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN,<br><br>                Petitioner(s),<br>    v.<br><br>PAMELA BONDI, et al.,<br><br>                Respondent(s). | CASE NO. C25-2444-KKE<br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER |

This matter comes before the Court on its own motion. To preserve the Court's jurisdiction pending resolution of Petitioner Aden Hussen Hassan's habeas corpus petition, the Court previously granted in part Hassan's motion for a temporary restraining order ("TRO") and enjoined Respondents from removing or transferring Hassan out of this District for fourteen days. Dkt. No. 33. The Court then held a status conference at which the parties discussed the potential need for an evidentiary hearing and exchange of records in connection with Hassan's amended petition. Dkt. No. 36. The Court found "good cause" to support Hassan's request for discovery (Dkt. No. 37), and the parties filed a joint status report outlining disagreements concerning certain discovery issues (Dkt. No. 39). On February 18, 2026, the Court directed Hassan to serve formal discovery requests and for the parties to inform the Court whether they intend to work toward resolving the discovery dispute without Court intervention or if Hassan will instead file a motion to compel. Dkt. No. 41.

ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 1

To continue preserving the Court's jurisdiction while these discovery issues are resolved and any potential motion to compel is briefed, the Court finds good cause to extend the TRO by an additional fourteen days.

Accordingly, IT IS ORDERED that:

(1) The order granting in part Hassan's motion for a temporary restraining order (Dkt. No. 33) is EXTENDED until March 6, 2026.

(2) Respondents ARE PROHIBITED from removing Hassan from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(3) This order shall expire on March 6, 2026, unless extended by the Court.

Dated this 20th day of February, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge