UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN, | CASE NO. C25-2444-KKE |
| Petitioner(s), | ORDER ON JOINT STATUS REPORT AND DIRECTING PARTIES TO MEET AND CONFER |
| v. | |
| PAMELA BONDI, et al., | |
| Respondent(s). | |

This matter comes before the Court on the parties' joint status report.  Dkt. No. 43.  The parties' report indicates that they met and conferred in compliance with the Court's prior order (Dkt. No. 41) and are working productively toward a resolution of their discovery dispute.  In particular, the parties state that the Federal Respondents intend to produce a "declaration by U.S. Immigration and Customs Enforcement with accompanying exhibits sufficient to satisfy the information sought by Petitioner."  Dkt. No. 43 at 2.  The parties differ, however, in their views on whether a briefing schedule should be set for any motion to compel discovery and for the amended habeas petition.  *Id.* at 2–4.

Given the potential significance of the outstanding discovery to Petitioner's amended petition, and because the parties' informal efforts to resolve the discovery dispute may obviate the need for a motion to compel, the Court will not issue briefing schedules at this time.  Instead, the Court ORDERS that, by March 5, 2026, the parties shall meet and confer and either (A) the parties

ORDER ON JOINT STATUS REPORT AND DIRECTING PARTIES TO MEET AND CONFER - 1

shall file a joint status report indicating that there is no longer a need for a motion to compel and proposing a briefing schedule on Petitioner's amended petition; or (B) Petitioner shall file his motion to compel.

In light of Petitioner's filing of an amended habeas petition, the Clerk is DIRECTED to terminate Federal Respondents' return to the original petition (Dkt. No. 17) as moot. *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir. 2012) ("[T]he general rule is that an amended complaint super[s]edes the original complaint and renders it without legal effect[.]").

Dated this 27th day of February, 2026.

Kymberly K. Evanson
United States District Judge