UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADEN HUSSEN HASSAN,

                        Petitioner(s),

        v.

PAMELA BONDI, et al.,

                        Respondent(s).

CASE NO. C25-2444-KKE

SECOND ORDER EXTENDING
TEMPORARY RESTRAINING ORDER

This matter comes before the Court on its own motion.  To preserve the Court's jurisdiction pending resolution of Petitioner Aden Hussen Hassan's habeas corpus petition, the Court previously granted in part Hassan's motion for a temporary restraining order ("TRO") and enjoined Respondents from removing or transferring Hassan out of this District for fourteen days.  Dkt. No. 33.  In February, following a status conference at which the parties discussed the potential need for discovery (Dkt. No. 36), the Court issued an order finding "good cause" to support Hassan's request for discovery (Dkt. No. 37).  The parties engaged in discussions, seeking to resolve the discovery issues via an informal exchange of records.  Dkt. No. 38.  But after being unable to agree to such an exchange with respect to certain records (Dkt. No. 39), the Court directed Plaintiff to serve formal discovery requests on Respondents (Dkt. No. 41) and extended the TRO for an additional fourteen days to preserve its jurisdiction (Dkt. No. 44).

SECOND ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 1

In late February, after Petitioner served his discovery requests, the parties indicated they were continuing to work toward an informal resolution of the discovery dispute and that, if they could not reach a resolution, Petitioner would file a motion to compel.  Dkt. No. 43.  Apparently, no agreement was reached because, on March 5, Petitioner filed a motion to compel discovery, which is noted for March 26, 2026.  Dkt. No. 47.  As the Court has previously indicated, the Court finds that Petitioner's discovery requests seek records that are potentially relevant to whether his medical condition would permit him to safely fly to Somalia; whether Somalia would accept him upon arrival; and, if it would not, whether Petitioner could safely make the return flight.

Accordingly, to continue preserving the Court's jurisdiction while Petitioner's motion to compel is briefed, the Court finds good cause to extend the TRO by an additional fourteen days.

Accordingly, IT IS ORDERED that:

(1) The order granting in part Hassan's motion for a temporary restraining order (Dkt. No. 33) is EXTENDED until March 20, 2026.

(2) Respondents ARE PROHIBITED from removing Hassan from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(3) This order shall expire on March 20, 2026, unless extended by the Court.

Dated this 6th day of March, 2026.

Kymberly K. Evanson
United States District Judge

SECOND ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 2