UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN, | CASE NO. C25-2444-KKE |
| Petitioner(s), | THIRD ORDER EXTENDING |
| v. | TEMPORARY RESTRAINING ORDER |
| PAMELA BONDI, et al., | |
| Respondent(s). | |

This matter comes before the Court on its own motion. To preserve the Court's jurisdiction pending resolution of Petitioner Aden Hussen Hassan's habeas corpus petition, the Court previously granted in part Hassan's motion for a temporary restraining order ("TRO") and enjoined Respondents from removing or transferring Hassan out of this District for fourteen days. Dkt. No. 33. Since then, the parties have been engaged in discussions concerning discovery relevant to Petitioner's amended habeas petition. Most recently, Petitioner filed a motion to compel discovery, which is noted for March 26, 2026. Dkt. No. 47.

In order to continue preserving this Court's jurisdiction pending resolution of Petitioner's motion to compel and his amended petition, IT IS ORDERED that:

(1) The order granting in part Hassan's motion for a temporary restraining order (Dkt. No. 33) is EXTENDED until April 3, 2026.

THIRD ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 1

(2) Respondents ARE PROHIBITED from removing Hassan from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(3) This order shall expire on April 3, 2026, unless extended by the Court.

Dated this 20th day of March, 2026.

Kymberly K. Evanson
United States District Judge

THIRD ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 2