UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN, | CASE NO. C25-2444-KKE |
| Petitioner(s), | FOURTH ORDER EXTENDING |
| v. | TEMPORARY RESTRAINING ORDER |
| PAMELA BONDI, et al.,[1] | |
| Respondent(s). | |

This matter comes before the Court on its own motion. To preserve the Court's jurisdiction pending resolution of Petitioner Aden Hussen Hassan's habeas corpus petition, the Court previously granted in part Hassan's motion for a temporary restraining order ("TRO") and enjoined Respondents from removing or transferring Hassan out of this District for fourteen days. Dkt. No. 33. Since then, the parties have engaged in discussions and motions practice concerning discovery relevant to Petitioner's amended habeas petition. Most recently, the Court granted Petitioner's motion to compel discovery and ordered Respondents to produce certain records by April 9 and for the parties to propose a briefing schedule by April 13, 2026. Dkt. No. 47.

In order to continue preserving this Court's jurisdiction pending resolution of Petitioner's amended petition, IT IS ORDERED that:

---

[1] Acting Attorney General Todd Blanche assumed office on April 2, 2026, and is thus substituted for his predecessor under Federal Rule of Civil Procedure 25(d).

FOURTH ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 1

(1) The order granting in part Hassan's motion for a temporary restraining order (Dkt. No. 33) is EXTENDED until April 17, 2026.

(2) Respondents ARE PROHIBITED from removing Hassan from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(3) This order shall expire on April 17, 2026, unless extended by the Court.

(4) The Clerk is directed to re-note the amended petition (Dkt. No. 35) to April 17, 2026.

Dated this 3rd day of April, 2026.

Kymberly K. Evanson
United States District Judge

FOURTH ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 2