UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN, | CASE NO. C25-2444-KKE |
| Petitioner(s), | FIFTH ORDER EXTENDING |
| v. | TEMPORARY RESTRAINING ORDER |
| PAMELA BONDI, et al., | |
| Respondent(s). | |

This matter comes before the Court on its own motion. To preserve the Court's jurisdiction pending resolution of Petitioner Aden Hussen Hassan's habeas corpus petition, the Court previously granted in part Hassan's motion for a temporary restraining order ("TRO") and enjoined Respondents from removing or transferring Hassan out of this District for fourteen days. Dkt. No. 33. Since then, the parties have engaged in motions practice concerning discovery and the Court has granted Petitioner's motion to compel discovery. On April 9, 2026, the Court denied Respondents' motion for reconsideration of that order but granted an extension for Respondents to produce the records at issue. Dkt. No. 58. Respondents' new deadline is April 17, 2026. *Id.*

In order to continue preserving this Court's jurisdiction until Respondents produce the records subject to the Court's discovery order and pending resolution of Petitioner's amended petition, IT IS ORDERED that:

FIFTH ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 1

(1) The order granting in part Hassan's motion for a temporary restraining order (Dkt. No. 33) is EXTENDED until May 1, 2026.

(2) Respondents ARE PROHIBITED from removing Hassan from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(3) This order shall expire on May 1, 2026, unless extended by the Court.

Dated this 17th day of April, 2026.

Kymberly K. Evanson
United States District Judge

FIFTH ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 2