District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADEN HUSSEN HASSAN,

                         Petitioner,

        v.

TODD BLANCHE, *et al.*,[1]

                         Respondents.

Case No. 2:25-cv-02444-KKE

JOINT STATUS UPDATE & ORDER

Pursuant to the Court's order at Dkt. 58, the Parties submit this status update and proposed briefing schedule. Based on the Court's order, Federal Respondents submitted discovery production and a privilege log to Petitioner. Prior to that submission, parties filed a joint stipulation for a protective order. Dkts. 59-60. Upon review of the documents produced, Petitioner's counsel requested that the Federal Respondents re-evaluate their redactions in light of the protective order. Federal Respondents agreed to reevaluate their redactions.

Accordingly, Parties are unable to propose an agreed briefing schedule at this time. The parties propose that they submit a supplemental joint status report on Tuesday, April 28, 2026, to

---

[1] Respondent Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

JOINT STATUS REPORT & ORDER
[Case No. 2:25-cv-02444-KKE] - 1

see if they can resolve these issues cooperatively and without Court intervention.

DATED this 21st day of April, 2026.

Respectfully submitted,


s/ Alixandria K. Morris
ALIXANDRIA K. MORRIS, TX No. 24095373
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4073
Email:   alixandria.morris@usdoj.gov

*Attorney for Federal Respondents*

s/ Elizabeth Sher
ELIZABETH SHER, WSBA No. 45181
Federal Public Defender's Office
1331 Broadway, Suite 400
Tacoma Washington 98402
Phone: 253-281-3437
Email: elizabeth_sher@fd.org

*Attorney for Petitioner*

JOINT STATUS REPORT & ORDER
[Case No. 2:25-cv-02444-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit a supplemental joint status report on or before April 28, 2026.

IT IS SO ORDERED.

DATED this 22nd day of April, 2026.

Kymberly K. Evanson
United States District Judge

JOINT STATUS REPORT & ORDER
[Case No. 2:25-cv-02444-KKE] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970