UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN,<br><br>                    Petitioner(s),<br><br>      v.<br><br>TODD BLANCHE, et al.,<br><br>                    Respondent(s). | CASE NO. C25-2444-KKE<br><br>SIXTH ORDER EXTENDING<br>TEMPORARY RESTRAINING ORDER |

This matter comes before the Court on its own motion.  To preserve the Court's jurisdiction pending resolution of Petitioner Aden Hussen Hassan's habeas corpus petition, the Court previously granted in part Hassan's motion for a temporary restraining order ("TRO") and enjoined Respondents from removing or transferring Hassan out of this District for fourteen days.  Dkt. No. 33.  Since then, the parties have engaged in motions practice concerning discovery and the Court has granted Petitioner's motion to compel discovery.  Dkt. No. 55.  The Court has also granted Respondents an extension to produce the compelled discovery (Dkt. No. 58), entered a stipulated protective order (Dkt. No. 60), and granted two extensions for Respondents to review redactions in an effort to resolve a disagreement over the scope of the redactions initially applied (Dkt. Nos. 63, 65).  Respondents report that Immigration and Customs Enforcement is "actively reviewing the redactions" (Dkt. No. 64 at 1), and the parties' deadline to submit a status report and briefing schedule on Hassan's amended habeas petition is May 4, 2026 (Dkt. No. 65).

SIXTH ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 1

In order to continue preserving this Court's jurisdiction while Respondents finish reviewing redactions and producing documents and pending resolution of Petitioner's amended petition, IT IS ORDERED that:

(1) The order granting in part Hassan's motion for a temporary restraining order (Dkt. No. 33) is EXTENDED until May 15, 2026.

(2) Respondents ARE PROHIBITED from removing Hassan from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(3) This order shall expire on May 15, 2026, unless extended by the Court.

Dated this 1st day of May, 2026.

Kymberly K. Evanson
United States District Judge

SIXTH ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 2