UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN, | CASE NO. C25-2444-KKE |
| Petitioner(s), | ORDER DIRECTING *IN CAMERA* REVIEW AND SETTING BRIEFING SCHEDULE ON AMENDED HABEAS PETITION |
| v. | |
| TODD BLANCHE, et al., | |
| Respondent(s). | |

This matter comes before the Court on the parties' joint status report (Dkt. No. 69) concerning Federal Respondents' production and redaction of certain records, which this Court previously ordered Federal Respondents to produce (Dkt. No. 55). Federal Respondents had previously agreed to reevaluate certain redactions to their production to determine if any could be removed. Dkt. No. 64. The parties report that Federal Respondents completed their re-review of the redactions and have produced their discovery as of May 5, 2026. Dkt. No. 69 at 1.

Petitioner states that the newly produced batch of documents appear to contain fewer redactions than the previous batch, but requests that the Court conduct *in camera* review of the pages of discovery containing redactions before setting a briefing schedule. *Id.* at 2. Federal Respondents ask the Court to set a briefing schedule now, but do not state a position on Petitioner's request for *in camera* review. *Id.* at 2–3. In the absence of an objection to Petitioner's request,

ORDER DIRECTING IN CAMERA REVIEW AND SETTING BRIEFING SCHEDULE ON AMENDED HABEAS PETITION - 1

the Court agrees that *in camera* review is appropriate here and will order Federal Respondents to submit the redacted and unredacted records to chambers to facilitate such review.

However, the Court agrees with Federal Respondents that a briefing schedule on Petitioner's amended habeas petition is now appropriate.  The Court will order Federal Respondents to file their return to the amended petition by May 26, 2026.  Petitioner requests three weeks from date of the return to submit his traverse so that Petitioner's counsel has time to obtain updated medical records concerning Petitioner's health condition.  *Id.* at 2.  Federal Respondents have not objected to this request.  Accordingly, the Court will order Petitioner to file his traverse no later than June 16, 2026.

Finally, Petitioner requests that Federal Respondents be ordered to produce any future responsive communications generated during this habeas litigation to the extent they are covered by the Court's order compelling discovery.  *Id.* at 2.  Federal Respondents do not state a position on this request.  The Court clarifies that its prior order compelling discovery obligates Federal Respondents to produce any records described in the order (Dkt. No. 55 at 2–3) and in Petitioner's motion to compel (Dkt. No. 47 at 9) on an ongoing basis during this habeas litigation.

Accordingly, the Court ORDERS that:

(1) Pursuant to this Court's Chambers Procedures for Civil Cases,[1] Federal Respondents shall send an electronic copy of the redacted and unredacted discovery records, as well as the privilege log, to the Courtroom Deputy at KKEcrd@wawd.uscourts.gov.  Federal Respondents shall also deliver a physical copy of the documents to chambers, clearly marked for *in camera* review to avoid inadvertent filing on the docket.

---

[1] *Available at*: https://www.wawd.uscourts.gov/sites/wawd/files/KKE%20civil%20standing%20order%20%28May%202026%29%20for%20website.pdf

ORDER DIRECTING IN CAMERA REVIEW AND SETTING BRIEFING SCHEDULE ON AMENDED HABEAS PETITION - 2

(2) Federal Respondents' return to Petitioner's amended habeas petition (Dkt. No. 35) shall be due May 26, 2026.  Federal Respondents shall note the return for June 16, 2026.

(3) Petitioner's traverse shall be due June 16, 2026.

Dated this 12th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING IN CAMERA REVIEW AND SETTING BRIEFING SCHEDULE ON AMENDED
HABEAS PETITION - 3