UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADEN HUSSEN HASSAN,

                Petitioner(s),

    v.

TODD BLANCHE, et al.,

                Respondent(s).

CASE NO. C25-2444-KKE

SEVENTH ORDER EXTENDING
TEMPORARY RESTRAINING ORDER

This matter comes before the Court on its own motion. To preserve the Court's jurisdiction pending resolution of Petitioner Aden Hussen Hassan's habeas corpus petition, the Court previously granted in part Hassan's motion for a temporary restraining order ("TRO") and enjoined Respondents from removing or transferring Hassan out of this District for fourteen days. Dkt. No. 33. The Court has since granted Petitioner's motion to compel discovery (Dkt. No. 55), the parties engaged in informal discussions over certain redactions to the discovery (Dkt. No. 62), and—on May 5, 2026—the Government produced its final batch of discovery with updated redactions (Dkt. No. 69). Most recently, the Court granted Petitioner's request for *in camera* review of the remaining redactions and set a briefing schedule on Petitioner's amended habeas petition. Dkt. No. 70. Under this schedule, the amended petition will be ripe on June 16, 2026. *Id.*

In order to continue preserving this Court's jurisdiction pending briefing on and resolution of Petitioner's amended petition, IT IS ORDERED that:

SEVENTH ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 1

(1) The order granting in part Hassan's motion for a temporary restraining order (Dkt. No. 33) is EXTENDED until May 29, 2026.

(2) Respondents ARE PROHIBITED from removing Hassan from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(3) This order shall expire on May 29, 2026, unless extended by the Court.

Dated this 15th day of May, 2026.

Kymberly K. Evanson
United States District Judge

SEVENTH ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 2