UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADEN HUSSEN HASSAN,

               Petitioner(s),

    v.

TODD BLANCHE, et al.,

               Respondent(s).

CASE NO. C25-2444-KKE

NINTH ORDER EXTENDING
TEMPORARY RESTRAINING ORDER

This matter comes before the Court on its own motion. To preserve the Court's jurisdiction pending resolution of Petitioner Aden Hussen Hassan's habeas corpus petition, the Court previously granted in part Hassan's motion for a temporary restraining order ("TRO") and enjoined Respondents from removing or transferring Hassan out of this District for fourteen days. Dkt. No. 33. Since then, the Court granted Petitioner's motion to compel discovery (Dkt. No. 55), the Government produced its final batch of discovery (Dkt. No. 69), the Government filed its return (Dkt. No. 72), and the Court reviewed certain records *in camera* and directed that some be produced unredacted (Dkt. No. 76). Hassan's amended petition will be ripe on June 16, 2026. Dkt. No. 70.

In order to continue preserving this Court's jurisdiction pending briefing on and resolution of Petitioner's amended petition, IT IS ORDERED that:

NINTH ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 1

(1) The order granting in part Hassan's motion for a temporary restraining order (Dkt. No. 33) is EXTENDED until June 26, 2026.

(2) Respondents ARE PROHIBITED from removing Hassan from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(3) This order shall expire on June 26, 2026, unless extended by the Court.

Dated this 12th day of June, 2026.

Kymberly K. Evanson
United States District Judge

NINTH ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 2