UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN, | CASE NO. C25-2444-KKE |
| Petitioner(s), | MINUTE ORDER |
| v. | |
| TODD BLANCHE, et al., | |
| Respondent(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The Court has received Petitioner's motion for a 60-day extension of the deadline to file a traverse, which is currently due on June 16, 2026. Dkt. No. 78. The motion indicates that the Government opposes the extension. *Id*. at 3. Given the time-sensitive nature of the extension request, the Court will resolve the motion on an expedited basis and ORDERS the Government to file its opposition brief no later than noon on June 15, 2026. No reply brief may be filed. The clerk is directed to RE-NOTE Petitioner's motion (Dkt. No. 78) for June 15, 2026.

Dated this 12th day of June, 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk

MINUTE ORDER - 1