UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN,<br><br>                    Petitioner(s),<br><br>        v.<br><br>TODD BLANCHE, et al.,<br><br>                    Respondent(s). | CASE NO. C25-2444-KKE<br><br>ORDER ON MOTION TO EXTEND DEADLINE FOR FILING PETITIONER'S TRAVERSE |

This matter comes before the Court on Petitioner's motion to extend the deadline for filing his traverse in support of his amended habeas corpus petition.  Dkt. No. 78.  The Government opposes Petitioner's request.  Dkt. No. 80.

"When an act may or must be done within a specified time, the court may, for good cause, extend the time ... with or without motion … if a request is made[] before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b).  As with all the Federal Rules of Civil Procedure, this Rule "[is] to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits."  *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (quoting *Rodgers v. Watt*, 722 F.2d 456, 459 (9th Cir. 1983)).  "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Id.* at 1259.

Here, Petitioner has shown good cause to extend the traverse deadline, but not by the 60-days requested.  Petitioner's motion explains that his medical team recently identified a mass on

ORDER ON MOTION TO EXTEND DEADLINE FOR FILING PETITIONER'S TRAVERSE - 1

Petitioner's left kidney. Petitioner has an MRI scheduled today, June 15, 2026, the results of which will determine what treatment, if any, is necessary. These results may have implications for Petitioner's claim that his removal is not reasonably foreseeable because he cannot be safely transported by plane to Somalia. In addition, the Federal Public Defender's Office will be assigning new counsel to Petitioner's case, and his new attorney has pre-existing conflicts in June.

The Court finds that Petitioner's motion supports a 30-day extension of the deadline to file his traverse. Accordingly, the deadline for Petitioner to file his traverse is EXTENDED from June 16, 2026, until July 16, 2026.

The Clerk is DIRECTED to re-note the return (Dkt. No. 72) to July 16, 2026.

Dated this 15th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON MOTION TO EXTEND DEADLINE FOR FILING PETITIONER'S TRAVERSE - 2