UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADEN HUSSEN HASSAN, | CASE NO. C25-2444-KKE |
| Petitioner(s), | ELEVENTH ORDER EXTENDING TEMPORARY RESTRAINING ORDER |
| v. | |
| TODD BLANCHE, et al., | |
| Respondent(s). | |

This matter comes before the Court on its own motion.  To preserve the Court's jurisdiction pending resolution of Petitioner Aden Hussen Hassan's habeas corpus petition, the Court previously granted in part Hassan's motion for a temporary restraining order ("TRO") and enjoined Respondents from removing or transferring Hassan out of this District for fourteen days.  Dkt. No. 33.  Since then, the parties have engaged in discovery and related motions practice (Dkt. Nos. 55, 69), the Government filed its return (Dkt. No. 72).  A new Assistant Federal Public Defender began representing Hassan and the Court granted an extension of the traverse deadline, which is now July 16, 2026.  Dkt. Nos. 81, 82.

In order to continue preserving this Court's jurisdiction pending briefing on and resolution of Petitioner's amended petition, IT IS ORDERED that:

(1) The order granting in part Hassan's motion for a temporary restraining order (Dkt. No. 33) is EXTENDED until July 24, 2026.

ELEVENTH ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 1

(2) Respondents ARE PROHIBITED from removing Hassan from the United States or this jurisdiction—i.e., the Western District of Washington—without further order of this Court.

(3) This order shall expire on July 24, 2026, unless extended by the Court.

Dated this 10th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ELEVENTH ORDER EXTENDING TEMPORARY RESTRAINING ORDER - 2