THE HONORABLE KYMBERLEY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADEN HUSSEN HASSAN,             ) No. CV25-2444-KKE
                           )
    Petitioner,             )
                           ) ORDER TO SEAL EXHIBITS TO
    vs.                 ) PETITIONER'S REPLY TO
                           ) RESPONDENTS' RESPONSE TO
TODD BLANCHE, Attorney General of  ) PETITION FOR WRIT OF HABEAS
the United States, et al.,          ) CORPUS AND UNREDACTED
                           ) REPLY
    Respondents.          )
                           )

THE COURT has considered the stipulated motion to seal exhibits 3, 5, 6, 7 and 8 to Mr. Hassan's reply and his unredacted reply in support of his amended habeas petition along with the records in this case. The Court finds that "compelling reasons" support the motion to seal the exhibits and portions of Petitioner's traverse as these documents reflect Petitioner's sensitive medical information as well as confidential communications between consular and ICE officials. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

IT IS ORDERED that exhibits 3, 5, 6, 7, and 8, and the unredacted reply are filed under seal until further order of this Court.

DATED this 24th day of July 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

s/ *Ann K. Wagner*
Assistant Federal Public Defender
Attorney for Petitioner

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**